THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAYMOND BUSCH, Defendant-Appellant.

(No. 56127;

First District—May 11, 1972.

Opinion by Mr. JUSTICE McNAMARA.

Kenneth L. Gillis, of Defender Project, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and William C. Braverman, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* EARL NETTLES, Petitioner-Appellant.

(No. 56501;

First District—May 11, 1972.

Opinion by Mr. JUSTICE McNAMARA.